## ATTACHMENT A

### (Executory Contracts or Leases to be Assumed)

1) Residential lease of residence at 6087 Boulder Court, Columbus, IN

    Lessee(s):
    Debtor and his spouse

    Lessor:
    Thuleleni Geanga
    c/o Columbus Indiana Properties
    Columbus, IN  47202

2) Residential lease of 9938 Fountain Cove, Indianapolis, IN

    Lessee(s):
    Norman and Agnes Gee
    9938 Fountain Cove Lane
    Indianapolis, IN  46236

    Lessor:  Veaps Management Services, LLC

    NOTE:  Debtor is the sole member of Veaps Management Services, LLC but is not a party to the Lease with Norman and Agnes Gee

## ATTACHMENT B

(Executory Contracts or Leases to be Assigned)

NONE

ATTACHMENT C

(Executory Contracts or Leases to be Rejected)

NONE

# ATTACHMENT D

(Cash on Hand and Source)

Cash on Hand:
$5,000.00

Source:
Veeps Enterprises, Inc.

ATTACHMENT E

(Projections)

SEE ATTACHED

Case 20-03810-JMC-11V    Doc 30-1    Filed 07/23/20    EOD 07/23/20 14:11:03    Pg 5 of 9

**PERSONAL INCOME/EXPENSES**

|  | Monthly Income | Monthly Expenses | |
|---|---|---|---|
|  |  |  | |
| Brad | $6,000.00 |  | |
| Sarah | $2,956.00 |  | |
|  |  |  | |
| Rent |  | $3,000.00 | |
| TCU Jeep Loan |  | $503.13 | |
| Boat loan |  | $468.10 | |
| Sarah's CC |  | $100.00 | |
| Capital One |  | $150.00 | |
| Jeep CC |  | $200.00 | |
| Dish |  | $225.00 | |
| Housekeeping |  | $200.00 | |
| Gas |  | $100.00 | |
| Paytrust |  | $12.95 | |
| Electric |  | $200.00 | |
| Water |  | $57.00 | |
| Doctor/Dentist |  | $200.00 | |
| Life Insurance |  | $50.00 | |
| Groceries |  | $750.00 | |
| Gas |  | $160.00 | |
| Lunches/Dinners |  | $200.00 | |
| Son's Expenses |  | $1,000.00 | |
| Est. Tax Payments |  | $500.00 | (estimated tax payments will increase when son's expenses decrease) |
|  |  |  | |
| TOTALS: | $8,956.00 | $8,076.18 | |

**VEEPS, VMS INCOME/EXPENSES**

|  | Monthly Income | Monthly Expenses |
|---|---|---|
| Gross Income | $13,325.00 |  |
|  |  |  |
| Vehicle Expenses |  | $500.00 |
| Vehicle Insurance |  | $299.00 |
| Business Insurance |  | $770.00 |
| Phone |  | $233.26 |
| Internet |  | $45.00 |
| Audi Loan |  | $725.00 |
| Holiday Lane Mortgage |  | $2,460.00 |
| Holiday Lane Taxes |  | $633.33 |
| FC 1st |  | $1,031.00 |
| FC 2nd |  | $350.00 |
| Marlin |  | $199.00 |
| Payroll |  | $6,000.00 |
|  |  |  |
| TOTALS: | $13,325.00 | $13,245.59 |

ATTACHMENT F

(Liquidation Analysis)

SEE ATTACHED

LIQUIDATION ANALYSIS

| ASSET | VALUE | EXEMPTIONS | NON-EXEMPT | LIABILITIES | AVAILABLE TO UNSECURED CREDITORS |
|---|---|---|---|---|---|
| Real Estate - 9938 Fountain Cove Lane (T/E) | $220,000.00 | $220,000.00 | $0.00 | $429,147.82 | $0.00 |
| 2015 Audi S7 Quattro | $28,628.00 | $0.00 | $0.00 | $35,983.00 | $0.00 |
| 2016 Jeep Grand Cherokee | $19,800.00 | $6,850.00 | $277.00 | $12,673.00 | $277.00 |
| 2016 Chaparral VRX203 Boat | $36,000.00 | $0.00 | $0.00 | $42,000.00 | $0.00 |
| Personal Property | $3,400.00 | $3,400.00 | $0.00 | $0.00 | $0.00 |
| Financial Assets | $76,069.99 | $18,642.99 $14,427.00 | $57,427.00 | $3,000.00 | $40,000.00 |
| TOTALS: | $383,897.99 | $263,319.99 | $57,704.00 | $522,803.82 | $40,277.00 |

Administrative Costs:

| | |
|---|---|
| Liquidation Expense (15%) | $6,000.00 |
| Attorney Fees | $7,500.00 |
| Accountant Fees | $4,000.00 |
| Capital Gain Taxes | $8,000.00 |

Net                                                                                                                                  $14,500.00