**SO ORDERED: July 27, 2020.**



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S011260A (rev 04/2020)

In re:

**Bradley Kent VanPelt**,
Debtor.

Case No. **20–03810–JMC–11V**

## ORDER SETTING DEBTOR'S REQUIREMENTS AND NOTICE OF CONFIRMATION HEARING AND FILING DEADLINES

A Chapter 11 Plan of Reorganization under subchapter V was filed on July 23, 2020, by Debtor Bradley Kent VanPelt.

**IT IS ORDERED** that on or before August 3, 2020, the debtor must mail the plan, a Ballot for Accepting or Rejecting Plan (Form B314 or a substantially similar form), and a copy of this order to all creditors, equity security holders, parties in interest, and the trustee pursuant to Fed.R.Bankr.P. 3017.2. A certificate of service listing the mailed documents, the mailing date, and recipients must be filed by August 10, 2020.

**IT IS FURTHER ORDERED** that the last day for filing an election of application of 11 U.S.C. § 1111(b)(2) by a class of secured creditors be August 17, 2020.

**IT IS FURTHER ORDERED** that no later than August 21, 2020, the debtor must tabulate the ballots, certify the ballot report, and file both the ballot report and the certification pursuant to S.D.Ind. B–3018–1.

**NOTICE IS GIVEN** that a hearing to consider confirmation of the plan and any objection or modification to the plan will be held as follows:

    Date:  August 31, 2020
    Time:  10:00 AM EDT
    Place: 888–273–3658; access code 6349352

**NOTICE IS FURTHER GIVEN** that any objection to the confirmation of the plan must be filed and served pursuant to Fed.R.Bankr.P. 3020(b)(1) on or before August 26, 2020.

**NOTICE IS FURTHER GIVEN** that any ballot accepting or rejecting the plan must be delivered on or before August 18, 2020, to the debtor at the address on the ballot form.

**NOTICE IS FURTHER GIVEN** that pursuant to Fed.R.Bankr.P. 3017.2(b), an equity security holder or creditor whose claim is based on a security must be the holder of record of the security by August 24, 2020, in order to be eligible to vote to accept or reject the plan.

Attorney for the debtor must distribute this order.

###