UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BRADLEY KENT VANPELT, | ) | CASE NO.   20-03810-JMC-11V |
| | ) | |
| Debtor(s). | ) | |

### **CERTIFICATION OF BALLOTING REPORT**

Bradley Kent VanPelt, by counsel, hereby certifies that the tabulations recorded on the attached balloting report are true and correct and that all classes of creditors are accurately represented as to acceptances, rejections and total amounts for each class of claims or interests.

        HESTER BAKER KREBS LLC


        By____*/s/ David R. Krebs*_____
            David R. Krebs
            Hester Baker Krebs LLC
            One Indiana Square, Suite 1330
            Indianapolis, IN  46204
            (317) 833-3030
            Fax: (317) 833-3031
            Email:  dkrebs@hbkfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Sarah E. Barngrover   sebarngrover@manleydeas.com
- Amy L. Elson   aelson@bbrlawpc.com
- Christopher C. Hagenow   chagenow@bbrlawpc.com
- Ronald J. Moore   ronald.moore@usdoj.gov
- Kevin A. Morrissey   kmorrissey@lewis-kappes.com
- U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on August 28, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

*/s/ David R. Krebs*
David R. Krebs