UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| BRADLEY KENT VANPELT, ) | CASE NO. 20-03810-JMC-11V |
| ) | |
| Debtor(s). ) | |

### CERTIFICATION OF BALLOTING REPORT

Bradley Kent VanPelt, by counsel, hereby certifies that the tabulations recorded on the attached balloting report are true and correct and that all classes of creditors are accurately represented as to acceptances, rejections and total amounts for each class of claims or interests.

> HESTER BAKER KREBS LLC
>
> By  */s/ David R. Krebs*
> David R. Krebs
> Hester Baker Krebs LLC
> One Indiana Square, Suite 1330
> Indianapolis, IN  46204
> (317) 833-3030
> Fax: (317) 833-3031
> Email:  dkrebs@hbkfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Sarah E. Barngrover    sebarngrover@manleydeas.com
- Amy L. Elson    aelson@bbrlawpc.com
- Christopher C. Hagenow    chagenow@bbrlawpc.com
- Ronald J. Moore    ronald.moore@usdoj.gov
- Kevin A. Morrissey    kmorrissey@lewis-kappes.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on September 8, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

*/s/ David R. Krebs*
David R. Krebs