IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF INDIANA

CASE NAME: Bradley Kent VanPelt    CASE NUMBER: 20-03810-JMC-11V    CONFIRMATION HEARING DATE: August 31, 2020

### SECTION 1126 BALLOT REPORT FORM

| | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTING | CLASS REJECTING |
|---|---|---|---|---|---|---|---|
| CLASS I | 0 | | | | | | |
| CLASS II | 0 | | | | | | |
| CLASS III | 0 | | | | | | |
| CLASS IV | 0 | | | | | | |
| CLASS V | 0 | | | | | | |
| CLASS VI | 0 | | | | | | |
| CLASS VII | 0 | | | | | | |
| CLASS VIII | 0 | | | | | | |
| General Unsecured | 4 | 3 | 1 | $111,921.50 | $13,310.55 | X | |

| | YES | NO |
|---|---|---|
| PLAN ACCEPTED | X | |

Please note the following provisions of Title 11. Section 1126 of the United States Code

A class of claims has accepted a plan if such plan has been accepted by creditors, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such claims of such class held by creditors, other than any entity designation under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(e) On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not in good faith, or was not solicited or procured in good faith or in accordance with the provisions of this title.