UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BRADLEY KENT VANPELT, | ) | CASE NO.   20-03810-JMC-11V |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR ENTRY OF FINAL DECREE CLOSING DEBTOR'S CHAPTER 11 CASE

Bradley Kent VanPelt ("VanPelt" or "Debtor"), debtor-in-possession herein, by counsel, for his application for entry of final decree hereby advises as follows:

1. Debtor filed the above-referenced bankruptcy proceeding pursuant to the provisions of Chapter 11 of Subchapter V of the Bankruptcy Code on July 1, 2020.

2. VanPelt's Small Business Chapter 11 Plan (the "Plan") was confirmed on September 28, 2020.  A *Corrected Order Confirming Small Business Chapter 11 Plan* was entered on December 28, 2020 [Doc. 74].

3. The terms and conditions of the Plan have been substantially consummated pursuant to the provisions of 11 U.S.C §1101(2).

4. The unsecured creditors will receive a distribution of approximately 4.8%.

5. The Plan calls for payments to various classes of creditors over a specified time period. VanPelt has made substantially all of his plan payments and there is no need for the Court's intervention.

WHEREFORE, VanPelt hereby requests that this court enter an order finding the Plan to be substantially consummated, closing this estate, and for any and all other relief just and proper in the

1

premises.

                HESTER BAKER KREBS LLC


              By  */s/ David R. Krebs*
                David R. Krebs
                Hester Baker Krebs LLC
                One Indiana Square Street, Suite 1330
                Indianapolis, IN   46204
                (317) 833-3030
                Fax: (317) 833-3031
                Email:   dkrebs@hbkfirm.com


## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 8, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Sarah E. Barngrover  sebarngrover@manleydeas.com
- Amy L. Elson  aelson@bbrlawpc.com
- Christopher C. Hagenow  chagenow@bbrlawpc.com
- Ronald J. Moore  ronald.moore@usdoj.gov
- Kevin A. Morrissey  kmorrissey@lewis-kappes.com
- U.S. Trustee  ustpregion10.in.ecf@usdoj.gov

  I further certify that on January 8, 2021, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

  n/a


              */s/ David R. Krebs*
              David R. Krebs