**SO ORDERED: January 22, 2021.**



_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

C002710 (rev 01/2013)

In re:

**Bradley Kent VanPelt**,
    Debtor.

Case No. **20–03810–JMC–11**

## FINAL DECREE

The estate of Bradley Kent VanPelt has been fully administered, and any deposit required by the plan has been distributed.

**IT IS ORDERED** that the trustee is discharged from any duty as trustee in this case.

### #